UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                              Case No. 19-CR-20544
                                                                           Hon. Matthew F. Leitman

v.

DAVID NEMES,

    Defendant.

_____/

## ORDER DENYING MOTION TO SUPPRESS (ECF No. 31)

On April 29, 2020, Defendant David Nemes filed a motion to suppress evidence seized in connection with the search of his vehicle. The Court held a hearing on the motion on November 24, 2020. For the reasons stated on the record at the conclusion of the hearing, the motion is DENIED.

    **IT IS SO ORDERED.**

                                                        s/Matthew F. Leitman
                                                         MATTHEW F. LEITMAN
                                                         UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 24, 2020, by electronic means and/or ordinary mail.

                                                          s/Holly A. Monda
                                                          Case Manager
                                                           (810) 341-9764