UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAVID NEMES,

    Defendant.

Case No. 19-CR-20544
Hon. Matthew F. Leitman

_____/

## ORDER GRANTING GOVERNMENT'S MOTION TO REVOKE ORDER OF RELEASE (ECF No. 56) AND DIRECTING PRETRIAL DETENTION OF DEFENDANT

On October 25, 2021, the Government orally moved to revoke Defendant David Nemes' bond. Then, on November 2, 2021, the Government filed a written motion again seeking to revoke Nemes' bond (ECF No. 56). The Court held a hearing on the Government's motion on December 16, 2021. Nemes did not appear for the hearing even though his Pretrial Services Officer (and likely his attorney) had notified him of the hearing more than one week earlier. For the reasons stated on the record on December 16, 2021, and in light of Nemes' repeated violations of his bond conditions (including by committing crimes under state and federal law), the Government's motion to revoke Nemes' bond is GRANTED, and Nemes' bond is

REVOKED. Furthermore, Nemes' bond shall not be reinstated, and absent further order entered by the undersigned, he shall be detained in custody pending trial.

**IT IS SO ORDERED.**

/s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: December 16, 2021

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 16, 2021, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(810) 341-9764